IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-024 |
| | ) | |
| TABITHA NICOLE SATTERFIELD, | ) | By:    Michael F. Urbanski |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

## ORDER

This matter was referred to the Honorable Pamela Meade Sargent, United States
Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea
hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and
preparing proposed findings of fact and a recommendation as to the acceptance of such plea
as tendered. The Magistrate Judge filed a Report and Recommendation on February 15, 2024,
recommending that defendant's plea of guilty be accepted. ECF No. 142. No objections to
the Report and Recommendation have been filed, and the court is of the opinion that the
Report and Recommendation should be adopted in its entirety.

Accordingly, **IT IS ORDERED** that said report and the findings and
recommendation contained therein are hereby **ACCEPTED IN WHOLE**, defendant's plea
of guilty is **ACCEPTED**, and defendant is adjudged **GUILTY** as to Count One of the
Indictment. The Clerk of Court hereby is directed to send a certified copy of this Order to all
counsel of record.

It is **SO ORDERED**.

Entered: *March 11, 2024*

Michael F. Urbanski
Chief United States District Judge